

09-CV-00480-AF

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SEA METROPOLITAN S.A., | ) IN ADMIRALTY |
| Plaintiff, | ) Case No. C09-0480 RSM |
| vs. | ) [PROPOSED] ORDER FOR ISSUANCE OF PROCESS OF |
| DGM COMMODITIES CORPORATION, | ) MARITIME ATTACHMENT AND GARNISHMENT |
| Defendant. | ) |

The Court has reviewed the plaintiff's Verified Complaint for Maritime Attachment and Garnishment, the Ex Parte Motion for Order for Issuance of Process of Maritime Attachment and Garnishment, and the Declaration of Philip R. Lempriere. The Court finds that the conditions set forth in Rule B(1) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions appear to exist. The Court further finds that good cause exists to believe that Global Trading Resource Corporation of Bellevue, Washington, has or will have in its possession, custody, or control tangible or intangible property that belong to or are owed to defendant DGM Commodities Corporation.

WHEREFORE, it is hereby ORDERED that the Clerk shall issue

Case No.: _____
[PROPOSED] ORDER FOR ISSUANCE
OF PROCESS OF MARITIME
ATTACHMENT AND GARNISHMENT         - 1

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790

process of maritime attachment and garnishment as requested by plaintiff. Supplemental and further process of maritime attachment and garnishment may be issued by the clerk upon application by the plaintiff without further order of the Court.

It is further ORDERED that any person claiming an interest in the property attached or garnished pursuant to said order shall be entitled to a hearing on not less than three (3) days' written notice to plaintiff, all pursuant to Local Admiralty Rule 115(d).

It is further ORDERED that a copy of this order be attached to and served with each process of maritime attachment and garnishment issued by the clerk.

DATED this 10th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

KEESAL, YOUNG & LOGAN

_____
Philip R. Lempriere, WSBA No. 20304
Attorneys for Sea Metropolitan SA

Case No.:
[PROPOSED] ORDER FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT - 2