# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SEA METROPOLITAN S.A., | IN ADMIRALTY |
| Plaintiff, | Case No. 2:09-cv-00480-RSM |
| vs. | **ORDER AUTHORIZING SEATTLE LEGAL PROCESS AND MESSENGER SERVICE TO SERVE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** |
| DGM COMMODITIES CORPORATION, | |
| Defendant. | |

The Court has reviewed the plaintiff's Verified Complaint for Maritime Attachment and Garnishment, the Ex Parte Motion for Order Authorizing Service of Process by Seattle Legal Process and Messenger Service, and the Declaration of Philip R. Lempriere in Support of Ex Parte Motion for Order Allowing Service of Process by Person Other Than U. S. Marshal. The Court finds that the property to be attached and garnished does not include any vessel or any tangible property aboard any vessel. The Court further finds that good cause exists for service of process of maritime attachment and garnishment to be made by Seattle Legal Process and Messenger Service as an alternative to the U. S. Marshal.

Case No.: 2:09-cv-00480-RSM
ORDER AUTHORIZING SEATTLE
LEGAL PROCESS AND MESSENGER SERVICE
TO SERVE PROCESS, ETC.                - 1

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790

1       Therefore, it is hereby ORDERED that any process server in the employment of Seattle Legal Process and Messenger Service is hereby authorized, in addition to the United States Marshal, to service process of maritime attachment and garnishment, as well as any other papers to be served in this action, upon the defendant and upon any and all garnishees.

      DATED this 15 day of April, 2009.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

KEESAL, YOUNG & LOGAN

*/s/ Philip R. Lempriere*

Philip R. Lempriere, WSBA No. 20304
Attorneys for Sea Metropolitan SA

Case No.: 2:09-cv-00480-RSM
ORDER AUTHORIZING SEATTLE
LEGAL PROCESS AND MESSENGER SERVICE
TO SERVE PROCESS, ETC.   - 2

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790